

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

June 18, 1957

Honorable Robert S. Calvert
Comptroller of Public Accounts
Capitol Station
Austin, Texas

Opinion No. WW-160.

Re: Is the Comptroller au-
thorized to issue warrant
in the amount of $300.00
for the month of May
against the monies appro-
priated for the current
biennium to the one pen-
sioner affected by House
Bill 100?

Dear Mr. Calvert:

Your request for an opinion reads as follows:

"House Bill No. 140 of the Fifty-fourth Legis-
lature, the General Appropriation Bill for this
biennium, recites, in part, as follows:

"'As much of the Confederate Pension Fund as
may be necessary to pay Confederate pensions and
mortuary claims is hereby appropriated and set
aside to pay such pensions and mortuaries as pro-
vided by law.'

"This is the appropriation language for the
payment of Confederate pensions for the current
biennium.

"House Bill No. 100 of the Fifty-fifth Legis-
lature became effective May 1, 1957. This House
Bill amends Article 6221 of the Revised Civil Stat-
utes and raises the monthly amount payable to the
Confederate Pensioner from $200.00 per month to
$300 per month. There is no appropriation made by
House Bill No. 100 unless it can be construed that
this raise in pension constitutes an appropriation.
If it does constitute an appropriation, then the
bill does not carry the certificate of this depart-
ment as required by Section 49a of Article III of
the State Constitution.

"There is only one pensioner affected by House Bill No. 100.   He is a Confederate Pensioner approximately 113 years old.

"Am I authorized to issue warrant to this pensioner in the amount of $300.00 for the month of May against the monies appropriated for the current biennium?   If you hold that the current appropriation is not available for the payment of his $300.00 pension warrant for the month of May, then am I authorized to issue him a pension warrant for $200.00 against said appropriation for the month of May?"

House Bill No. 140, Acts of the 54th Legislature, ch. 519, p. 1421 (General Appropriation Bill), provides as follows:

| | "For the Years Ending | |
| | August 31, 1956 | August 31, 1957 |
| --- | --- | --- |
| "As much of the Confederate Pension Fund as may be necessary to pay Confederate pensions and mortuary claims is hereby appropriated and set aside to pay such pensions and mortuaries as provided by law. | | |
| "The sum of such amounts is estimated to be | $ 700,000 | $ 700,000" |

At the time this appropriation was made Article 6221, Vernon's Civil Statutes, provided:

"On the first day of each calendar month the Comptroller shall pay to each married Confederate Veteran who is living with his wife, a pension of Two Hundred Dollars ($200) per month for as long as they both may live, and after the death of either party, then the said veteran, or his widow still living, shall only draw an amount equal to other veterans or their widows.   To each veteran now unmarried, or a widower, who is drawing a pension, or whose application may hereafter be approved, shall be paid the sum of One Hundred Dollars ($100) per month for each year.   To each widow who is now drawing a pension, or whose application may hereafter be approved, shall be paid

the sum of One Hundred Dollars ($100) per month
for each year; provided that any widow who has
been granted a pension, and who is thereafter
admitted as an inmate of the Confederate Home of
this State, shall thereafter be paid the sum of
Twenty-five Dollars ($25) per month, so long as
she shall remain an inmate of such home.  All
pensions shall begin on the first day of the cal-
endar month following the approval of the appli-
cation."

Therefore, at the time of the enactment of House Bill
No. 140 of the 54th Legislature the payment to the pensioner
involved in your request was limited to $200.00 per month.

Section 44, Article III of the Constitution of Texas
provides:

"The Legislature shall provide by law for the
compensation of all officers, servants, agents and
public contractors, not provided for in this Con-
stitution, but shall not grant extra compensation
to any officer, agent, servant, or public contrac-
tors, after such public service shall have been
performed or contract entered into, for the perform-
ance of the same; nor grant, by appropriation or
otherwise, any amount of money out of the Treasury
of the State, to any individual, on a claim, real
or pretended, when the same shall not have been pro-
vided for by pre-existing law; nor employ any one in
the name of the State, unless authorized by pre-
existing law."  (Emphasis added)

This provision has been construed by the courts of this
State to mean that the Legislature cannot appropriate State
money to any individual "unless at the very time appropropriation
is made there is already in force some valid law constituting
the claim the appropriation is made to pay a legal and valid ob-
ligation of the State."  Austin National Bank v. Sheppard, 123
Tex. 272, 71 S.W.2d 242 (1934).  See also Fort Worth Cavalry Club
v. Sheppard, 125 Tex. 339, 83 S.W.2d 660(1935); State v. Steck
Company, 236 S.W.2d 866, Tex.Civ.App. (1951, error ref.); Attor-
ney General's Opinion WW-96 (1957).

Article 6221 was amended by House Bill No. 100 of the
55th Legislature which became effective May 1, 1957.  This amend-
ment raised the amount of pension that may be paid the pensioner
involved in your request to $300.00 per month, but failed to

contain any appropriation for the increase payment of pension provided for in House Bill No. 100.

According to your request, the language quoted above in House Bill 140 of the 54th Legislature is contained in the General Appropriation Bill for the biennium beginning September 1, 1957.

Since Article 6221, as amended by House Bill 100, authorizes the payment of $300.00 per month to the pensioner involved in your request, it is our opinion that the sum of $300.00 per month may be paid beginning September 1, 1957. You may continue to pay him $200.00 per month out of moneys appropriated in House Bill 140 of the 54th Legislature until September 1, 1957. The pensioner will have a claim for $100.00 per month from May 1, 1957, to September 1, 1957, since the pre-existing law creates a claim for the increase in pension for this period of time.

## SUMMARY

The Comptroller of Public Accounts is not authorized to issue a warrant for the increase of the amount of pension authorized to be paid under Article 6221, V.C.S., as amended by House Bill 100 of the 55th Legislature, until September 1, 1957, since House Bill 100 did not contain an appropriation to cover such increase in pension. He may, however, continue to pay the pensioner the sum of $200.00 per month until September 1, 1957, and the sum of $300.00 per month thereafter, and the pensioner will have a claim for the additional $100.00 per month for the period of time beginning May 1, 1957, and ending August 31, 1957.

Very truly yours,

WILL WILSON
Attorney General of Texas

By John Reeves
John Reeves
Assistant

JR:jl:wb

APPROVED:

OPINION COMMITTEE:

J. C. Davis, Jr., Chairman
C. K. Richards
Leonard Passmore